156

COM.

v.

AYALA, R.

3085 EDA 2015

Superior Court of Pennsylvania.

09/14/2017

CP–51–CR–0012021–2009
(Philadelphia)

Affirmed

COM.

v.

AYALA, R.

3087 EDA 2015

Superior Court of Pennsylvania.

09/14/2017

CP–51–CR–0012024–2009 (Philadelphia)

Affirmed

COM.

v.

STANSBURY, S.

656 EDA 2016

Superior Court of Pennsylvania.

09/14/2017

CP–51–CR–0002569–2015
(Philadelphia)

Affirmed

COM.

v.

BURGESS, R.

2299 EDA 2016

Superior Court of Pennsylvania.

09/14/2017

CP–51–CR–0005585–2015 (Philadelphia)

Affirmed

